**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7454

DENNIS ROGER VANDYKE,

Plaintiff - Appellant,

versus

OFFICER O'DONELL, (female) at Rutherford
County Detention Center; J. R. DAVIS, Police
Officer at Forest City Police Department;
JAMES FISH, Lieutenant at Rutherford County
Detention Center; KAY YOUNG, Sergeant at
Rutherford County Detention Center,

Defendants - Appellees,

and

DAN GOOD, Sheriff of Rutherford County,

Defendant.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Senior
District Judge. (1:05-cv-00357)

Submitted: February 26, 2007      Decided: March 27, 2007

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Roger Vandyke, Appellant Pro Se. Scott Douglas MacLatchie, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina; James Demarest Secor, III, William L. Hill, FRAZIER, FRANKLIN, HILL & FURY, RLLP, Greensboro, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Roger Vandyke appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Vandyke v. O'Donell</u>, No. 1:05-cv-00357 (W.D.N.C. Aug. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>